CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**
OCT 2 6 2009
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, a District of Columbia Not-For-Profit Business Corporation,  )<br><br>Plaintiff )<br>vs )<br>JACQUES SERVIN (aka ANDY BICHLBAUM aka HINGO SEMBRA), IGOR VAMOS (aka MIKE BONANNO), SUPPORT AND COMMITMENT, INC., DAVID SIEVERS, MORGAN GOODWIN and JOHN and JANE DOES NOS. 1-20, )<br>Defendant ) | Case: 1:09-cv-02014<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 10/26/2009<br>Description: General Civil |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA  which have any outstanding securities in the hands of the public:

1. The Chamber of Commerce of the United States of America is a non-profit, tax-exempt organization in the District of Columbia. It is a non-stock corporation and thus has no parent corporation

2. Because the Chamber is a non-stock corporation, no parent company, subsidiary, or affiliate holds Chamber stock.

3. The Chamber is unaware of any publicly held corporation that is not a party to the proceeding before this Court that has any direct financial interest in the outcome of this proceeding.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC Bar No. 412025
BAR IDENTIFICATION NO.

Michael J. Mueller
Print Name

1900 K Street, NW
Address

Washington, D.C.       20007
City         State       Zip Code

202-955-1500
Phone Number