IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACQUES SERVIN, et al. )<br>)<br>Defendants. )<br>)<br>) | Case No. 09-CV-02014-RWR |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Robert Corn-Revere as counsel in this case for Defendants.

Dated this 10th day of November, 2009.

                                                        Respectfully submitted,

                                                     /s/   Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
(202) 973-4225
(202) 973-4499 fax
bobcornrevere@dwt.com