**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** )<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-02014-RWR |
| ) | |
| **JACQUES SERVIN, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Lisa B. Zycherman as counsel in this case for Defendants.

Dated this 10th day of November, 2009.

                                                     Respectfully submitted,

                                                     /s/   Lisa B. Zycherman
                                                  Lisa B. Zycherman (D.C. Bar No. 495277)
                                                  DAVIS WRIGHT TREMAINE, LLP
                                                  1919 Pennsylvania Avenue, N.W.
                                                  Suite 200
                                                  Washington, D.C. 20006
                                                  (202) 973-4280
                                                  (202) 973-4499 fax
                                                  lisazycherman@dwt.com