IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACQUES SERVIN, et al. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 09-CV-02014-RWR<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CORYNNE MCSHERRY
IN SUPPORT OF MOTION FOR *PRO HAC VICE* APPEARANCE**

I, Corynne McSherry hereby declare under penalty of perjury:

1. My full name is Corynne Marette McSherry.

2. My office address is 454 Shotwell Street, San Francisco, California, 94110-1914, and my office telephone number is (415) 436-9333.

3. I am a member in good standing of the Bar of the State of and California. I am also admitted to practice before the federal courts of California, Central and Northern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

4. I have not been disciplined by the bar of any State.

5. In the past two years, I have not sought to be admitted *pro hac vice* to this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare, under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2009.

Corynne McSherry