IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACQUES SERVIN, et al. <br><br> Defendants. | Case No. 09-CV-02014-RWR |

## DECLARATION OF JACQUES SERVIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Jacques Servin, of full age, declare and state:

1.  The facts contained in the following declaration are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2.  Attached hereto as Exhibit A is a true and correct copy of the press release referenced in Plaintiff Chamber of Commerce of the United States ("the Chamber")'s First Amended Complaint at Paragraph 23.

3.  Attached hereto as Exhibit B is a true and correct copy of a DVD that shows the press conference referenced by the Chamber in its First Amended Complaint in Paragraphs 25 through 27. The press conference footage begins approximately 1.5 minutes after the beginning of the DVD.

4.  Attached hereto as Exhibit C are screenshots of the pages posted to the website previously accessible at the domain name http://www.chamber-of-commerce.us, referenced by the Chamber in its First Amended Complaint.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 4, 2010.

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Case No. 09-CV-02014-RWR |
| ) | |
| **JACQUES SERVIN, et al.,** ) <br>) | |
| Defendants. ) | |

# EXHIBIT A
## to Declaration of Jacques Servin



MEDIA
ChamberCast Webcasts
Events Calendar
Issue Ads
Issue Experts
Op-eds
Photo Gallery
**Press Releases**
Radio Actualities
Speaking for Business
Speeches
Press Contacts



About the U.S. Chamber of Commerce
Careers
FAQs
Programs
Publications

Media Center > Press Releases > 2009 > October

✉ **Share This Page**

CONTACTS: Erica Avidus
(202) 596-2357

October 19, 2009

**U.S. Chamber of Commerce Announces Free Enterprise Survival Strategy**
*Internal Conflict Resolves in Commitment To Long-Term Prosperity*

WASHINGTON, D.C.-The U.S. Chamber of Commerce is throwing its weight behind strong climate legislation, a spokesman for Chamber President Tom J. Donohue announced today at the National Press Club.

"We believe that strong climate legislation is the best way to ensure American innovation, create jobs, and make sure the U.S. and the world are on track to reduce global carbon emissions, and to provide for the needs of the American business community for generations to come," said the spokesman, Hingo Sembra.

The new position is an about-face on climate policy for the Chamber, which previously lobbied against government action. The shift comes after the defection of several prominent members of the Chamber, including PG&E, Apple, PNM Resources, and Exelon.

"We believe the Kerry-Boxer Clean Energy Jobs and American Power Act is a good start towards strong legislation," noted Sembra, adding that such legislation "should include a stiff carbon tax and correspondingly strong incentives for industries we wish to foster."

"A carbon tax means less need for legislating by Congress, a surer business environment for companies, and a simpler, competition-friendly mechanism for reducing carbon than the bill's current cap-and-trade approach," said Sembra.

The Chamber announced an immediate moratorium on lobbying and publicity work opposing climate legislation.

Full prepared comments here.

The U.S. Chamber of Commerce is the world's largest business federation, representing more than 300,000 businesses and organizations of every size, sector, and region.

# # #



Join | Login | Search | Sitemap | Contact Us | Terms & Conditions | Privacy Policy

Copyright © 2009 U.S. Chamber of Commerce 1615 H St NW Washington DC 20062-2000 All Rights Reserved

*Advancing human progress through an economic, political and social system based on individual freedom, incentive, initiative, opportunity, and responsibility.*



Media Center > Speeches > 2009 Speeches

✉ **Share This Page**

# A Survival Strategy for Free Enterprise Over the Long Term

**Address by Thomas J. Donohue**
**President and CEO, U.S. Chamber of Commerce**

**U.S. Chamber of Commerce**
**Washington, D.C.**
**October 19, 2009**

*As Prepared for Delivery*

Thank you very much, Sheila, and good day to everyone.

Today's momentous decision indeed comes after a difficult period - a very long one.

In business, as in life, we sometimes don't look ahead. We seize the day while forgetting the year.

Let's remember Lehman Brothers, a committed, solid member of this Chamber, who in the interest of short-term gain scuttled a century. They ate lamb, but were left without wool when the cold, hard winter set in.

We must learn from the past, so that we can manage the future.

Climatologists tell us that if we don't enact dramatic reductions in carbon emissions today, within 5 years we could begin facing the propagating feedback loops of runaway climate change. That would mean a disruption of food and water supplies worldwide, with the result of mass migrations, famines, and death on a scale never witnessed before.

Needless to say, that would be bad for business.

We at the Chamber have tried to keep climate science from interfering with business. But without a stable climate, there will be no business. We need business more than we need relentlessly higher returns.

A number of prominent and long-standing members have recently left the Chamber over our opposition to climate legislation. Numerous others have expressed their dissension, and a number of local Chambers have done so as well.

Today, we're finally taking their cue. There is only one sound way to do business: that's to support a strong climate-change bill quickly, so that this December in Copenhagen, President Obama can lead the entire business world in ensuring our long-term prosperity.

The Chamber believes that if we do not help to prepare a strong climate change bill for the President, we will face a new foreclosure crisis, due once again to the shortsightedness of a few, and their quest for immediate lamb at the expense of long-term wool.

But this time it won't be only the poor who will find themselves foreclosed on. Sure, they'll be first - in fact, climate change already ravages the developing world.

But that's only the start. This foreclosure crisis will affect all of us, and there will be no business too big to fail.

The Kerry-Boxer Bill is a good start to a strong climate bill, and the Chamber will work with Senators Kerry and Boxer to strengthen it.





And it does need strengthening. Cap-and-trade depends complex market mechanisms and big government oversight, and where it's been implemented, it's had very mixed results at best.

The Chamber seeks a solid business solution - one that requires much less intervention, and has a proven track record. What we need is a carbon tax. Only thus will we be able to compete against Physics and create an environment where the best company wins and the best solution dominates. A carbon tax will mean new blood for Free Enterprise, and a fertile new foundation for long-term business prosperity.

The Chamber also calls on President Obama and the U.S. Congress to cease subsidizing old and failed technologies like the so-called "clean coal" hoax, and to incentivize tried and true clean technologies in their stead.

The Chamber expects to welcome back companies that have recently defected over our climate stance. But we also expect to reevaluate our relationship with other members - who continue opposing climate legislation, or who stymie progress through greenwashing and other stalling tactics. Corporate Social Responsibility just won't cut it anymore, folks - Mother Nature means business, and we do too.

We at the Chamber will put the full weight of our organization behind achieving these goals. The very future of business hangs in the balance.

Thank you. I will be happy to take any questions.

[Press release here](#)

Join | Login | Search | Sitemap | Contact Us | Terms & Conditions | Privacy Policy

*Copyright © 2009 U.S. Chamber of Commerce 1615 H St NW Washington DC 20062-2000 All Rights Reserved*

*Advancing human progress through an economic, political and social system based on individual freedom, incentive, initiative, opportunity, and responsibility.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JACQUES SERVIN, et al.,** )<br>)<br>Defendants. ) | Case No. 09-CV-02014-RWR |

# EXHIBIT B
## to Declaration of Jacques Servin

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JACQUES SERVIN, et al.,** )<br>)<br>Defendants. ) | Case No. 09-CV-02014-RWR |

### NOTICE OF EXHIBIT ATTACHMENT
### NOT FORMATTED FOR ELECTRONIC FILING

Exhibit B to the Declaration of Jacques Servin, which accompanies Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities in Support Thereof in the above-captioned case, is in DVD form only and is being maintained in the case file in the Clerk's Office. This Exhibit will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

This Exhibit is exempted from the Court's e-filing requirement, pursuant to LCvR 5.4(e)(1)(B) and was duly served upon Plaintiff's counsel in DVD format.

Respectfully submitted,

/s/ Robert Corn-Revere
Robert Corn-Revere (DC Bar No. 375415)
Lisa B. Zycherman (DC Bar No. 495277)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Tel: (202) 973-4200
Fax: (202) 973-4499
Email: bobcornrevere@dwt.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 09-CV-02014-RWR ) |
| **JACQUES SERVIN, et al.,** | ) ) |
| Defendants. | ) ) |

# EXHIBIT C
## to Declaration of Jacques Servin



CONTACTS: Erica Avidus
(202) 596-2357

October 19, 2009

**U.S. Chamber of Commerce Announces Free Enterprise Climate Policy**
*Internal Conflict Resolves in Commitment To Long-Term Prosperity*

WASHINGTON, D.C.—The U.S. Chamber of Commerce is throwing its weight behind strong climate legislation, a spokesman for Chamber President Tom J. Donahue announced today at the National Press Club.

"We believe that strong climate legislation is the best way to ensure American innovation, create jobs, and make sure the U.S. and the world are on track to reduce global carbon emissions, and to provide for the needs of the American business community for generations to come," said the spokesman, Hingo Sembra.

The new position is an about-face on climate policy for the Chamber, which previously lobbied against government action. The shift comes after the defection of several prominent members of the Chamber, including PG&E, Apple, PNM Resources, and Exelon.

"We believe the Kerry-Boxer Clean Energy Jobs and American Power Act is a good start towards strong legislation," noted Sembra, adding that such legislation "should include a stiff carbon tax and correspondingly strong incentives for industries we wish to foster."

"A carbon tax means less need for legislating by Congress, a surer business environment for companies, and a simpler, competition-friendly mechanism for reducing carbon than the bill's current cap-and-trade approach," said Sembra.

The Chamber announced an immediate moratorium on lobbying and publicity work opposing climate legislation.

### 

The U.S. Chamber of Commerce is the world's largest business federation, representing more than 300,000 businesses and organizations of every size, sector, and region.