**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 09-CV-02014-RWR |
| **JACQUES SERVIN, et al.,** ) ) | |
| Defendants. ) | |

**NOTICE OF EXHIBIT ATTACHMENT**
**NOT FORMATTED FOR ELECTRONIC FILING**

Exhibit B to the Declaration of Jacques Servin, which accompanies Defendants' Motion to Dismiss and Accompanying Memorandum of Points and Authorities in Support Thereof in the above-captioned case, is in DVD form only and is being maintained in the case file in the Clerk's Office. This Exhibit will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

This Exhibit is exempted from the Court's e-filing requirement, pursuant to LCvR 5.4(e)(1)(B) and was duly served upon Plaintiff's counsel in DVD format.

Dated: January 5, 2010.                    Respectfully submitted,

/s/ Robert Corn-Revere
Robert Corn-Revere (DC Bar No. 375415)
Lisa B. Zycherman (DC Bar No. 495277)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Tel: (202) 973-4200
Fax: (202) 973-4499
Email: bobcornrevere@dwt.com