**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *Plaintiff*, | ) ) ) ) |
| v. | ) )  Case No. 09-CV-02014-RWR |
| JACQUES SERVIN, et al. *Defendants*. | ) ) ) |

**[PROPOSED] ORDER**

On consideration of Public Citizen's motion to file a memorandum as amicus curiae in support of defendants' motion to dismiss, it is this \_\_\_\_ day of January, 2010, hereby **ORDERED** that the motion is **GRANTED**.

_____
The Honorable Richard W. Roberts,
United States District Judge