# EXHIBIT A



HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006-1109

TEL  202 • 955 • 1500
FAX  202 • 778 • 2201

WILLIAM E. POTTS, JR.
DIRECT DIAL: 202 • 419 • 2118
EMAIL: wpotts@hunton.com

November 17, 2009

FILE NO: 57717.000004

Robert Corn-Revere, Esq.
Davis Wright Tremaine LLP
Suite 200
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006-3402

Re:   *Chamber of Commerce of the United States of America v. Servin, et al.*
      No. 1:09-cv-02014 (D. D.C.)

Dear Mr. Corn-Revere:

We have considered your request for an extension of time to file Defendants' response to the complaint in the above-referenced case. We are amenable to a reasonable extension but cannot consent to the January 5, 2010 response date you have proposed. Our client filed its complaint promptly after the events at issue because it considers Defendants' unauthorized use of its trademarks to be a very serious matter that can and should be resolved expeditiously.

Nevertheless, to accommodate you and your clients, we will agree to a reasonable postponement of the normal response time. We will consent to an extension until December 11 for Defendants to answer or otherwise respond to the complaint, on the condition that (a) you agree to accept service of the complaint on behalf of Igor Vamos and not to contest the service that has been made on the other Defendants, and (b) Defendants agree not to use the Chamber's trademarks (on the Web or otherwise) pending resolution of Defendants' motion to dismiss. A December 11 date for Defendants' responsive pleading will prevent any disruption of Thanksgiving holiday plans and will also ensure that the Chamber's response to Defendants' motion to dismiss is filed before the December holidays.

Very truly yours,

William E. Potts, Jr.

Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint   Case No.: 1:09-cv-02014 - (RWR)

ATLANTA   AUSTIN   BANGKOK   BEIJING   BRUSSELS   CHARLOTTE   DALLAS   HOUSTON   LONDON
LOS ANGELES   McLEAN   MIAMI   NEW YORK   NORFOLK   RALEIGH   RICHMOND   SAN FRANCISCO   SINGAPORE   WASHINGTON
www.hunton.com