**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 09-CV-02014-RWR<br>) |
| **JACQUES SERVIN, et al.** | )<br>) |
| Defendants. | )<br>)<br>) |

## DEFENDANTS' NOTICE OF ERRATA TO REPLY BRIEF

Defendants Jacques Servin, Igor Vamos, Support and Commitment, Inc., David Seivers, Morgan Goodwin, Sarah Murphy, and John and Jane Does Nos. 1-20 hereby file this notice of errata to correct page 23, lines 17-20 of their brief in reply to Plaintiff's opposition to Defendants' motion to dismiss, filed in this Court on February 19, 2010.

The corrected page 23 of the reply brief is attached hereto as Exhibit A.

Dated this 22nd day of March, 2010.

Respectfully submitted,

    /s/   Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)
bobcornrevere@dwt.com
Lisa B. Zycherman (D.C. Bar No. 495277)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
(202) 973-4225
(202) 973-4499 fax

Bruce E. H. Johnson (*pro hac vice*)
brucejohnson@dwt.com
Ambika Doran (*pro hac vice*)
ambikedoran@dwt.com
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150
(206) 757-7700 fax

Thomas R. Burke (*pro hac vice*)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
(415) 276-6500
(415) 276-6599 fax

Matthew Zimmerman (*pro hac vice*)
mattz@eff.org
Corynne McSherry (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
(415) 436-9993 fax

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on March 22nd, 2010, I electronically filed with the Clerk of the Court the foregoing Notice of Errata and Exhibit using the CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on the following parties:

> Michael John Mueller
> Hunton & Williams LLP
> 1900 K Street, NW, Suite 1200
> Washington , DC 20006
> Email: mmueller@hunton.com
>
> Deepak Gupta
> Public Citizen Litigation Group
> 1600 20th Street, NW
> Washington, DC 20009
> dgupta@citizen.org
>
> Gregory A. Beck
> Public Citizen Litigation Group
> 1600 20th Street, NW
> Washington, DC 20009
> gbeck@citizen.org

      /s/   Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)