**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE** <br> **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **JACQUES SERVIN, et al.** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 09-CV-02014-RWR <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendants' Motion to Dismiss First Amended Complaint, and it appearing in the interests of justice that the motion should be denied, it is hereby

**ORDERED** that Plaintiff's motion is DENIED.

**SO ORDERED** this ____ day of _____, 2010.

_____
Hon. Richard W. Roberts