IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 09-CV-02014-RWR ) |
| JACQUES SERVIN, et al. | ) ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this notice to bring to the Court's attention the June 4, 2012 Memorandum Opinion by Judge Rosemary Collyer in *Farah v. Esquire Magazine, Inc.*, Case No. 11-cv-1179, 2012 WL 1970897 (D.D.C. Jun. 4, 2012), attached hereto as Exhibit 1. Defendants submit this case in support of their Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 15).

Just as in this case, *Farah v. Esquire Magazine, Inc.* involved an attempt to use the judicial process to retaliate against a parody. The Esquire.com Politics Blog published a satirical news story that falsely stated that a book alleging President Obama is not a natural born citizen had been pulled from the shelves by its embarrassed publisher and "pulped." The "satirical swipe," which contained fake quotes from the publisher, was picked up by other media organizations and online platforms and distributed widely. *Farah*, slip op. at 2. About an hour and a half after its initial posting, the Esquire.com Politics Blog added an "update," stating "*for those who didn't figure it out yet, and the many on Twitter for whom it took a while*: We committed satire this morning to point out the problems with selling and marketing a book that

has at its core premise and reason to exist gutted by the news cycle, several weeks in advance of publication." *Id.* at 6.

Plaintiffs, who did not appreciate the humor of the piece, filed suit seeking $120 million in compensatory and punitive damages based on claims alleging defamation, false light invasion of privacy, tortious interference with business relations, violations of the Lanham Act, and misappropriation invasion of privacy. But Judge Collyer dismissed the claims, holding that the Lanham Act "applies only to commercial speech, not to satirical non-commercial speech." *Id*. at 9. Although the plaintiffs' common law claims were dismissed under the District of Columbia Anti-SLAPP Act, which is not currently at issue in this case, Judge Collyer also found that "[s]atire such as the Blog Post is protected speech under the First Amendment." *Id*. at 10. Accordingly, Judge Collyer held further that "[t]he rationale that applies to the motion to dismiss under the D.C. Anti-SLAPP Act also applies to Defendants' motion to dismiss" because "Defendants' speech is protected by the First Amendment." *Id*. at 16.

The facts and holding in *Farah* mirror the issues presented in this case and in Defendants' motion to dismiss in particular. Most importantly, Judge Collyer held that the First Amendment fully protects political parody and satire, and that the target of such commentary cannot eliminate that protection by attempting to recast it as "commercial." The court found that the Blog Post "cannot be construed as speech directed toward protecting Defendants' commercial interests" because it "was satirical comment on an issue of public concern." *Id*. The same reasoning applies fully to each of the claims in the Chamber's complaint. Thus, they should be dismissed for the same reasons as articulated in *Farah*.

Dated this 6th day of June, 2012.

Respectfully submitted,

   /s/   Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)
bobcornrevere@dwt.com
Lisa B. Zycherman (D.C. Bar No. 495277)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
(202) 973-4225
(202) 973-4499 fax

Bruce E. H. Johnson (*admitted pro hac vice*)
brucejohnson@dwt.com
Ambika Doran (*admitted pro hac vice*)
ambikedoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150
(206) 757-7700 fax

Thomas R. Burke (*admitted pro hac vice*)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
(415) 276-6500
(415) 276-6599 fax

Matthew Zimmerman (*pro hac vice pending*)
mattz@eff.org
Corynne McSherry (*pro hac vice pending*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
(415) 436-9993 fax

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on June 6, 2012, I electronically filed with the Clerk of the Court the foregoing Defendants' Notice of Supplemental Authority using the CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on the following parties:

>Michael John Mueller
>Hunton & Williams LLP
>1900 K Street, NW, Suite 1200
>Washington, D.C. 20006
>Email: mmueller@hunton.com
>
>Gregory A. Beck
>Public Citizen Litigation Group
>1600 20th Street, NW
>Washington, D.C. 20009
>gbeck@citizen.org

>       /s/   Robert Corn-Revere
> Robert Corn-Revere (D.C. Bar No. 375415)