IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUES SERVIN (aka ANDY BICHLBAUM aka HINGO SEMBRA), IGOR VAMOS (aka MIKE BONANNO), SUPPORT AND COMMITMENT, INC., DAVID SIEVERS, MORGAN GOODWIN, SARAH MURPHY, and JOHN and JANE DOES NOS. 1-20,<br><br>Defendants. | Case No.: 1:09-cv-02014 |

## NOTICE OF DISMISSAL

Plaintiff, the Chamber of Commerce of the United States of America (the "Chamber"), by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action against all named Defendants without prejudice.  Given the age of the case, the Defendants' recent inactivity, and the National Arbitration Forum's order transferring the infringing domain name "chamber-of-commerce.us" back to the Chamber, the Chamber believes that further prosecution of this action is unnecessary at this time.  The Chamber reserves the right to reinstitute legal proceedings if any of the Defendants undertakes conduct against the Chamber similar to that alleged in the First Amended Complaint.

Dated:  June 7, 2013

HUNTON & WILLIAMS, LLP

*/s/ Michael J. Mueller*
RICHARD L. WYATT, JR.
(D.C. Bar No. 424775)
MICHAEL J. MUELLER
(D.C. Bar No. 412025)
WILLIAM E. POTTS, JR.
(D.C. Bar No. 945824)
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel: 202-955-1500
Fax: 202-778-2201

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail postage pre-paid this 7th day of June, 2013, upon:

>Robert Corn-Revere, Esq.
>Davis Wright Tremaine, LLP
>1919 Pennsylvania Avenue, N.W., Suite 200
>Washington, D.C. 20006
>
>Matthew Zimmerman, Esq.
>Electronic Frontier Foundation
>454 Shotwell Street
>San Francisco, CA 94110
>
>*Counsel for Defendants*

By: */s/ Michael J. Mueller*
    Michael J. Mueller